JUNE 26, 2015
9AM o o o

70,885-11

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 09 2015
Abel Acosta, Clerk

TEXAS CRIMINAL COURT OF APPEALS

OFFICE ADMINISTRATION

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711 o o o

①

Re: (WR-70,885-11) Letter of INQUIRY, SEEKING VALUABLE COURT INFORMATION, AS TO THE SPECIFIC WHEREABOUTS OF MY PRO SE (PDR) PETITION w/ SUPPORTING ERRONEOUS FOURTH COURT OF APPEALS RECORDS TO SUBSTANTIATE WARRANTED OUT-OF-TIME TEXAS CCA REVIEW IN THE INTEREST OF JUSTICE AND FAIRNESS.

Dear State Appeal Clerk:

Greetings, from texas Imprisonment, Please at your most earliest Convenience, I am seeking-specific information about whereabouts of my mailed, 04-10-15, Prose PDR Petition brief with supporting questionable erroneous fourth Court of Appeals Court findings and Abandonment, due to Possible egerious Appeal Court Misconduct.

FOURTH COURT OF APPEALS # 04-08-00655CR ERRONEOUS HISTORY:
Re: NON-EXISTING, July 11, 08, State Plea-Agreement offer;
Specifically, ON or about, July 11, 2008, in the 290TH Bexr Co. Court, defendant is falsely Advice by State Appointed Counsel, Shaughnessy #18134500, that State (Bexar Co.) DA has made final offer of Cmos. DWI Probation for Cause No. 2008-CR-1186 in exchange for A guilty Plea, or face A Auto-matic Life Sentence At A Jury trial, When in truth, State (DA) Never Advice Counsel of Any such Plea-bargain Admonishments. I had no choice ■ but to Plead guilty Under duress & Attorney Coercion.

(i.e., All Trial & Appeal Court Records Attached to Applicants 04-10-15, PDR Petition, This actual State Plea-bargain Court Proceedings is not made part of the Fourth Court of Appeals Record, in order to Conceal fraudulent State Court Plea-bargain Admonishments. I was under the impression that i would receive A Auto-matic (Habitual) Life Sentence, Since my Questionable fraud (DWI) indictment was stamped (Habitual) when in truth, it Should have been Stamped (REPEATER). (i.e., Unforceable State Court (290th) bogus Plea Agreement Legal Advice.) Never qualified or Applied for Any type of DWI Art 42.12 sec 13 DWI Probation.

° Specifically, On or About, August 06, 2008, Based on State Appointed falsified (Probation) Legal Advice Under Complete duress and enforced Coercion, (D) is Sentence Unlawfully to (20) twenty years t.d.c.j imprisonment. (D) At best files, 08-26-08, Pro se Notice of Appeal Jurisdiction Court defects errors that is overlooked by the fourth Court of Appeals Administration, And Since then has filed Several Letters, motions, etc... trying to get the Fourth Court of Appeals Attention of Verified State Court (Bexar Co, 290th Judicial Misconduct And Miscarriage of Justice Court findings, only to be wanton Neglected.

My Pro Se (PDR) Petition Under Sworn oath and Attached State Court Records, Speaks Volumes of State Court official Administration Misconduct, Petitioner hereby Continues to Severely Suffer (8th) and (14th) Const Amendment Violations, due to the fourth Court of Appeals Arrogance & negligence findings.

Also, please be advised, sometime last month, I was able to make telephone contact with Tex CCA office RECEIVED IN COURT OF CRIMINAL APPEALS JUL 09 2015 Abel Acosta, Clerk in role, who been confused, and transfer my call to Amy Reyes, who was not in her office.

My PDR claims are very credible and deserves warranted Tex CCA review and relief, as I have been unlawfully imprisoned for the last 90 mos, due to bexar County (DA) official Court Corruption and Malicious State - Appointed Counsel falsified (probation) legal advice on July 11, 2008, Cause No. 2008-cr-1186 DWR.

It is my immediate belief the Fourth Court of Appeals Administration are fully aware of my intentional State Court Miscarriage of Justice findings, and have ignored several petitions for bench warrant to declare my innocence in a warranted state court of law. Therefore I am seeking immediate Texas CCA response in the interest of Justice and fairness, as mandate by the (8th) and (14th) Const Amendment.

Last, Lately, here at the Segovia Prison Law Library, I had been denied access to court research material and legal sessions, and have been forced to Administer All Current State/federal Court Proceedings on a "Rusted" Prison-dorm window-cell ledge under extreme heat of over 120° degress for the Court Records.

An immediate Response is deeply Appreciated

Respectfully Submitted )

Joe Gutierrez

TEXAS PRISONER

# 1523604, A3-20 Cellbox

(CC: Federal Court of Appeals

# 14-41266 USCC No.